## Commonwealth *v.* Krizon, Appellant.

Argued October 11, 1920.   Appeal, No. 80, April T.,
1921, by defendant, from judgment and sentence of Q. S.
Fayette County, June Sessions, 1920, No. 60, on verdict
of guilty in the case of Commonwealth of Pennsylvania
v. Kalman Krizon.   Before ORLADY, P. J., PORTER, HEN-
DERSON, HEAD, TREXLER, KELLER and LINN, JJ.   Af-
firmed.


OPINION BY HENDERSON, J., March 5, 1921:

The defendant was indicted for selling liquor without
license.   The article sold was called Jamaica ginger
contained in bottles, fourteen of which were sold to the
witnesses called; a portion having been drunk on the
premises—the remainder carried away.   A quantity of
the same compound was found on the premises of the
defendant.   The only defense presented was one of law—
that the Act of May 13, 1887, P. L. 108, is superseded by
the eighteenth amendment of the Constitution of the
United States.   This question was fully argued in
Com. v. Tony Vigliotti, 75 Pa. Superior Ct. 366.   Our
conclusion is adverse to the appellant's contention.
For the reasons given in the opinion referred to, the
appeal is dismissed and the judgment affirmed, and the
record remitted to the court below.   And it is ordered
that the defendant appear in that court at such time
as he may be there called and that he be by that court
committed until he has complied with the sentence or any
part of it which had not been performed at the time the
appeal in this case was made a supersedeas.